**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCHERER, | Case No. 2:20-cv-10484-MCS-PVC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NORINA PROPERTIES, LLC, | |
| Defendants. | |

Pursuant to this Court's Order Dismissing Action and Denying as Moot Motion to Dismiss,

IT IS ADJUDGED that this action is dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: February 1, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE